ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CARL I. SCHRAG v. MAX GUTSCHNEIDER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Proving the Last Will and Testament of MARY REED HARRIS, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD DAVIDOW and Another v. GEORGE JESSEL.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JESIMON CORPORATION and Another v. PETER DOELGER BREWING·COMPANY.— Motion to dismiss appeal denied. Present.— Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN S. KEDROVSKY, Individually and on Behalf of All Others Similarly Situated, etc., v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH and Others.— Motion to dismiss appeal denied with leave to plaintiff, if so advised, to move for resettlement of the judgment by eliminating the recital that it is entered on motion of his attorney, and for leave to file nunc pro tunc exceptions to the decision. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN S. KEDROVSKY, Individually, etc., v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN L. CARR v. FRANCES ALDA.— Motion to dismiss appeal denied. Present Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNA MEYER v. IDA BRANTMAN and Others, Impleaded with ANNA GREENFIELD. — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BERENICE L. BAUMANN v. CHARLES LUDWIG BAUMANN and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of H. ROSEN & SONS, INC., to ISIDORE GINSBERG. GLICKSTEIN & TERNER, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of WALTER HUTWELKER, INC., for an Order Compelling LOUIS DORFMAN, an Attorney at Law, to Turn over Papers.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the FIRST RUSSIAN INSURANCE COMPANY, ESTABLISHED IN 1827, etc. Claims of JAMES A. TILLMAN, Assignee of KARL SCHMIDT and Others. — Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

255 WEST 90TH CORPORATION v. DEMOTT DRUG CORPORATION and Others.—